UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PALMDALE ESTATES, INC., | Case No. 20-cv-06158-LB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BLACKBOARD INSURANCE COMPANY, | |
| Defendant. | |

On January 4, 2021, the court granted Blackboard's motion to dismiss without prejudice and allowed amendment within 30 days. (Order – ECF No. 42.) Palmdale has elected to not to amend and asks for entry of judgment so that it can appeal the court's dismissal order. (Notice – ECF No. 45.) Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Blackboard and against Palmdale. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 28, 2021

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-06158-LB